# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MORTGAGE NOW, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. 3:12CV360-MOC-DSC ) |
| BANK OF AMERICA CORP., | ) ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the United States' Notice of Election to Partially Intervene for Purposes of Settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). (Doc. No. 20).

**IT IS THEREFORE ORDERED that**,

1. The Complaint be unsealed effective August 21, 2014 and be served upon the Defendant by the Relator.

2. All other contents of the Court file in this action remain under seal and are not to be made public or served upon the Defendant, except for this Order and the United States' Notice of Election to Partially Intervene for Purposes of Settlement; and

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

**SO ORDERED.**

Signed: August 22, 2014

_____
David S. Cayer
United States Magistrate Judge