IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MORTGAGE NOW, INC., | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | ) CIVIL NO. 3:12CV360-MOC-DSC |
| BANK OF AMERICA CORP., | )<br>)<br>) |
| Defendant. | ) |

## UNITED STATES AND RELATOR'S JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the August 20, 2014 Settlement agreement with Defendant Bank of America Corp. (Doc. No. 20, Exhibit A), the United States and the Relator, Mortgage Now, Inc., hereby stipulate to dismissal of this action. The dismissal shall be with prejudice as to the Relator as to all claims alleged in the Complaint. The dismissal shall be with prejudice as to the Government only as to the claims in the Complaint concerning Covered Conduct as set forth in paragraphs 3(A) through 3(F) of the Settlement Agreement.

Relator, on behalf of itself, its heirs, its officers and employees, successors, attorneys, agents, and assigns, also stipulates that the settlement amount set forth in the settlement agreements and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that it will not challenge the settlement pursuant to 31 U.S.C. §3730(c)(2)(B), and that it expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

1

Dated: March 13__, 2015

Respectfully submitted,

FOR UNITED STATES:  ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*/s/ Daniel Ryan*
Daniel Ryan
Assistant United States Attorney
IL Bar No. 6279737
227 West Trade Street, Suite 1650
Charlotte, NC 28202
TEL: 704.344.6222
FAX: 704.344.6629
daniel.ryan@usdoj.gov

MICHAEL D. GRANSTON
RENÉE BROOKER
WILLIAM C. EDGAR
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
TEL: 202-353-7950
FAX: 202-514-0280
william.edgar@usdoj.gov

COUNSEL FOR RELATOR:

Clifford C. Marshall, Jr.
PO Box 769
Asheville, NC 28802-0769
cmarshall@mrglawfirm.com

Brad Friedman
Andrei Rado
Roland W. Riggs
MILBERG, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
rriggs@milberg.com

RELATOR:

MortgageNow, Inc. by its President James Marchese

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of March, 2015, a true and correct copy of the foregoing United States and Relator's Joint Stipulation of Dismissal was served upon the parties below via the ECF system and/or electronic mail on the parties at the following addresses:

Clifford C. Marshall, Jr.
PO Box 769
Asheville, NC 28802-0769
cmarshall@mrglawfirm.com

Brad Friedman
Andrei Rado
Roland W. Riggs
MILBERG, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
rriggs@milberg.com
[*counsel for the relator*]

Adam Hakki
John A. Nathanson
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
john.nathanson@shearman.com
[*counsel for Bank of America*]

                                        */s/ Daniel Ryan*
                                        DANIEL RYAN
                                        ASSISTANT UNITED STATES ATTORNEY